(V. D. 14)

MANHATTAN NOVELTY CORP. ET AL. *v.* UNITED STATES

Entry No. 764639, etc.

(Decided January 5, 1955)

*Lane, Young & Fox (William H. Fox* of counsel) for the plaintiffs.
*Warren E. Burger,* Assistant Attorney General, for the defendant.

WILSON, Judge: These matters are presently before me on a remand from a classification proceeding decided by the first division of this court in *Manhattan Novelty Corp. et al.* v. *United States,* 32 Cust. Ct. 536, Abstract 58191. The judgment entered therein stated: "* * * that the matters be remanded to a single judge pursuant to the provisions of Title 28 U. S. C. § 2636 (d)."

The matters have been submitted for decision upon an agreed statement of facts entered into by and between counsel for the respective parties hereto.

Upon the agreed facts, I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930 (19 U. S. C. § 1402 (d)), to be the proper basis for determining the values of the involved merchandise and that such values are as set forth in schedule "A," hereto attached and made a part hereof.

I further find such values to be the dutiable values of said merchandise.

Judgment will be entered accordingly.

(423)

## Schedule "A"

### Manhattan Novelty Corp.

| Remand of protest No. | Entry No. | Merchandise | United States dollars per each |
|---|---|---|---|
| 223883–K/11436–53 | 764639 | 100 pcs. 7 x 50 binoculars with cases | |
| | | Binoculars_____ | 12. 50 |
| | | Carrying cases_____ | 1. 50 |
| | | | net packed |
| | 769064 | 200 pcs. 7 x 50 binoculars with cases | |
| | | Binoculars_____ | 12. 50 |
| | | Carrying cases_____ | 1. 50 |
| | | | net packed |

### Selsi Co., Inc.

| Remand of protest No. | Entry No. | Merchandise | United States dollars per each |
|---|---|---|---|
| 223903–K/11466–53 | 755236 | 250 pcs. #4762 6 x 15 binoculars with cases | |
| | | Binoculars_____ | 5. 75 |
| | | Carrying cases_____ | 0. 50 |
| | | | net packed |
| | | 100 pcs. #7149 6 x 18 binoculars with cases | |
| | | Binoculars_____ | 12. 65 |
| | | Carrying cases_____ | 1. 00 |
| | | | net packed |
| | | 100 pcs. #7306 7 x 35 binoculars with cases | |
| | | Binoculars_____ | 15. 75 |
| | | Carrying cases_____ | 2. 25 |
| | | | net packed |
| | 872940 | 100 pcs. #7306 7 x 35 binoculars with cases | |
| | | Binoculars_____ | 16. 25 |
| | | Carrying cases_____ | 2. 25 |
| | | | net packed |
| | | 25 pcs. #7150 7 x 18 binoculars with cases | |
| | | Binoculars_____ | 6. 40 |
| | | Carrying cases_____ | 1. 00 |
| | | | net packed |
| | | 100 pcs. #5569c 7 x 50 binoculars with cases | |
| | | Binoculars_____ | 13. 10 |
| | | Carrying cases_____ | 2. 00 |
| | | | net packed |
| | 773926 | 250 pcs. #5569 7 x 50 binoculars with cases | |
| | | Binoculars_____ | 13. 10 |
| | | Carrying cases_____ | 1. 50 |
| | | | net packed |

| Remand of protest No. | Entry No. | Merchandise | United States dollars per each |
|---|---|---|---|
| 223903–K/11466–53 | 715839 | 10 pcs. 8 x 30 Miralux binocu-<br>lars with cases | |
| | | Binoculars_____ | 37. 20 |
| | | Carrying cases_____ | 3. 50 |
| | | | plus cases & packing |
| | | 5 pcs. 7 x 50 Noctalux | |
| | | Binoculars_____ | 58. 75 |
| | | Carrying cases_____ | 4. 50 |
| | | | plus cases & packing |
| | | 1 pc. 10 x 50 Astrolux | |
| | | Binocular_____ | 60. 77 |
| | | Carrying case_____ | 4. 50 |
| | | | plus cases & packing |
| | | 1 pc. 12 x 50 Starlux | |
| | | Binocular_____ | 61. 77 |
| | | Carrying case_____ | 4. 50 |
| | | | plus cases & packing |
| | | 1 pc. 16 x 50 Novalux | |
| | | Binocular_____ | 63. 30 |
| | | Carrying case_____ | 4. 50 |
| | | | plus cases & packing |
| | 781260 | 50 pcs. #7493 7 x 50 binoculars with cases | |
| | | Binoculars_____ | 14. 30 |
| | | Carrying cases_____ | 2. 00 |
| | | | net packed |
| | | 50 pcs. #7150 7 x 18 binoculars with cases | |
| | | Binoculars_____ | 6. 40 |
| | | Carrying cases_____ | 1. 00 |
| | | | net packed |
| | | 6 pcs. #7392 7 x 50 binoculars with cases | |
| | | Binoculars_____ | 19. 00 |
| | | Carrying cases_____ | 2. 00 |
| | | | net packed |
| | | 6 pcs. #7496 6 x 35 binoculars with cases | |
| | | Binoculars_____ | 14. 30 |
| | | Carrying cases_____ | 1. 50 |
| | | | net packed |
| | 716857 | 25 pcs. #7150 7 x 18 binoculars with cases | |
| | | Binoculars_____ | 6. 40 |
| | | Carrying cases_____ | 1. 00 |
| | | | net packed |
| | | 200 pcs. #4762 6 x 15 binoculars with cases | |
| | | Binoculars_____ | 6. 10 |
| | | Carrying cases_____ | 0. 50 |
| | | | net packed |

| Remand of protest No. | Entry No. | Merchandise | United States dollars per each |
|---|---|---|---|
| 223903–K/11466–53 | 746010 | 100 pcs. #5569c 7 x 50 binoculars with cases | |
| | | Binoculars_____ | 12. 95 |
| | | Carrying cases_____ | 1. 50 |
| | | | net packed |
| | 729838 | 25 pcs. #7150 7 x 18 binoculars with cases | |
| | | Binoculars_____ | 6. 40 |
| | | Carrying cases_____ | 1. 00 |
| | | | net packed |
| | | 100 pcs. #5569c 7 x 50 binoculars with cases | |
| | | Binoculars_____ | 13. 40 |
| | | Carrying cases_____ | 1. 50 |
| | | | net packed |
| | | 50 pcs. #6811 8 x 30 binoculars with cases | |
| | | Binoculars_____ | 11. 75 |
| | | Carrying cases_____ | 1. 25 |
| | | | net packed |
| | | TEXOMA WHOLESALE JEWELERS, S. H. POMERANCE CO., INC. | |
| 223907–K/11470–53 | 769910 | 200 pcs. 7 x 50 binoculars with cases | |
| | | Binoculars_____ | 16. 50 |
| | | Carrying cases_____ | 2. 50 |
| | | | net packed |